In the Matter of the Judicial Settlement of the Account of Proceedings of ROBERT WESTAWAY and Others, as Surviving Trustees, and ISABELLE J. McDONALD and Others, as Executors of the Last Will and Testament of FREDERIC A. JUILLIARD, Deceased Trustee of the Trust Created under Paragraph Thirty-fifth of the Last Will and Testament of AUGUSTUS D. JUILLIARD, Deceased, for the Benefit of ELIZABETH STOKES TERRIEN. CATHERINE DODGE ROGERS and Others, Appellants; ROBERT WESTAWAY and Others, as Surviving Trustees, and Others, Respondents. —Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Liquidation of LAWYERS MORTGAGE COMPANY. In the Matter of a Proposal or Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK to Exercise Certain of Its Limited Powers with Respect to a Mortgage Covering Premises Known as No. 40 Lincoln Road, in the Borough of Brooklyn, County of Kings, City and State of New York, Securing Mortgage Investments Guaranteed by Lawyers Mortgage Company and Designated as Mortgage No. 29,617. In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY, as Trustee for the Benefit of Certificate Holders in Mortgage No. 29,617 of Lawyers Mortgage Company, for an Order Directing the SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK and MORTGAGE COMMISSION OF THE STATE OF NEW YORK, to Pay over Certain Sums of Money Taken from the Funds of Said Mortgage Issue. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Successor to Mortgage Commission of the State of New York, Appellant; TITLE GUARANTEE AND TRUST COMPANY, as Trustee of Series No. 29,617 of Lawyers Mortgage Company, Respondent.—Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of CHARLES McMANN, Respondent, v. WARREN McMANN, Appellant.— Motion for reargument and for other relief denied, without costs. Motion of Stewart Fortune for leave to intervene as amicus curiæ denied, without costs. [See 258 App. Div. 981.] Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.